[No. 15195-2-II.   Division Two.   July 19, 1993.]

FACTORY MUTUAL ENGINEERING ASSOCIATION, *Appellant,* v. THE DEPARTMENT OF REVENUE, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 90-2-00869-7, Wm. Thomas McPhee, J.,

entered July 1, 1991. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Green, J. Pro Tem.